No. 03–726. CARTER, A MINOR, BY HER PARENTS AND NEXT FRIENDS, CARTER ET UX. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–728. DIVILLY *v.* PORT AUTHORITY OF ALLEGHENY COUNTY, PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 03–729. RELIGIOUS TECHNOLOGY CENTER *v.* LIEBREICH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MCPHERSON. C. A. 5th Cir. Certiorari denied.

No. 03–734. COYLE ET AL. *v.* ELECTRONICS FOR IMAGING, INC. C. A. Fed. Cir. Certiorari denied.

No. 03–744. CHARLES F. G. *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 03–746. FULLWOOD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–748. REGENCY OUTDOOR ADVERTISING, INC. *v.* RIVERSIDE COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–752. SONNEBERG *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–755. ROBINSON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–758. CULLITON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–767. MIGNOT *v.* MASSIE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–773. GARCIA *v.* HORPHAG RESEARCH LTD. C. A. 9th Cir. Certiorari denied.

No. 03–787. BELL ET AL. *v.* CITY OF DALLAS, TEXAS. C. A. 5th Cir. Certiorari denied.